IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3097 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS PARK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 24. The defendant was present with counsel, and was advised of his rights. The defendant admitted failing to report for a drug test as alleged in the petition, but denied the other allegations. I therefore find that the allegation of failing to report for a drug test is true. Regarding disposition, the defendant argued for release. The government requested detention. I find that the defendant should be detained.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release, filing 17, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order of the court.

2. The pretrial services officer is directed to arrange a psychological evaluation and to provide a copy of the evaluation to the court only.

Dated August 29, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge