IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:06CR3097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| v. | ) | |
| | ) | |
| THOMAS PARK, | ) | |
| | ) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1)     Thomas Park's oral motion in open court on October 19, 2006, to release compliance bond, is granted.

(2)     The Clerk of Court shall refund the $1,000 cash bond and send same to Sheryl Park at 610 Glenhaven Dr., Lincoln, NE, 68505.

(3)      The Clerk of Court shall mail a copy of this order to Thomas Park.

DATED this 18th day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge