U.S. DISTRICT COURT
DISTRICT OF [NEBRASKA]
2007 JAN -5 PM 1:23
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3097 |
| | ) | |
| v. | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| THOMAS PARK, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 5th day of ~~December, 2006,~~ June, 2007 *jgh* this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 23, 2006, the Court entered a Preliminary Order of Forfeiture (Filing No. 37), pursuant to the provisions of Title 18, United States Code, Sections 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture and the Defendant's plea of guilty, the Defendant's interest in the following:

    a.    E-Machine Model 466id, serial number QFT9AG0104562, containing Western Digital Hard Drive Model WD800, serial number WCAJ93015129

was subject to forfeiture.

2. On November 11, 18 and 25, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property

in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on December 22, 2006 (Filing No. 45).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject property, i.e., E-Machine Model 466id, serial number QFT9AG0104562, containing Western Digital Hard Drive Model WD800, serial number WCAJ93015129, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject property, i.e., E-Machine Model 466id, serial number QFT9AG0104562, containing Western Digital Hard Drive Model WD800, serial number WCAJ93015129, be, and the same hereby is, forfeited to the United States of America.

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 5th day of January, 2007.

BY THE COURT:

RICHARD G. KOPF, JUDGE
United States District Court