IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3097 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS PARK, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the memorandum and order entered this date

IT IS ORDERED that judgment is entered for the United States of America and against Thomas Park providing that he shall take nothing and his motion pursuant to section 2255 is dismissed with prejudice. The Clerk shall mail a copy of this judgment and the memorandum and order to the defendant.

March 13, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge